UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GERALD WAYNE ZILLS | CIVIL ACTION NO. 05-0452 |
| versus | JUDGE HICKS |
| | **REFERRED TO:** |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons set forth in the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 22nd day of May, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE